**FedEx US Airbill** Express

FedEx Tracking Number: 8576 2058 3396

**1 From** Please print and press hard

Date: 10/22/09
Sender's FedEx Account Number: 1506-2096-1

Sender's Name: Monique Layne
Phone: (718) 613-2670

Company: US DISTRICT COURT

Address: 225 CADMAN PLZ E RM 130
Dept/Floor/Suite/Room

City: BROOKLYN   State: NY   ZIP: 11201-1818

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.
re: 08-cv-5045, 09-cv-941

**3 To**
Recipient's Name: J. Michael McMahon, 212 805-0136
Phone: Daniel Patrick Moynihan

Company: Southern District of New York

Recipient's Address: 500 Pearl Street, Room 120
Dept/Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address: 
To request a package be held at a specific FedEx location, print FedEx address here.

City: New York   State: NY   ZIP: 10007-1312

0335391204

**4a Express Package Service** *Packages up to 150 lbs.*

☐ FedEx Priority Overnight
☒ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** *Packages over 150 lbs.*

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No  ☐ Yes (Shipper's Declaration not required)  ☐ Yes (Shipper's Declaration)  ☐ Dry Ice  ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value

**8 NEW Residential Delivery Signature Options**

☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

0215   8PH31   519

Schedule a pickup at fedex.com