**09 CV 9119**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
Clerk
TERRY VAUGHN
Chief Deputy Clerk

PLEASE REPLY TO:

_X_ **BROOKLYN OFFICE**
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

October 22, 2009

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 06 2009 ★

BROOKLYN OFFICE

To: Clerk
Daniel Patrick Moynihan
U.S. Courthouse
Southern District of New York
500 Pearl Street
Room 120
New York, NY 10007-1312

In re: Santoro et al v. General Motors Corporation et al
Civil Action Number 1:08-cv-5045 (DLI)(MDG)

In re: Alvin and Rhoda Butnick et al v. General Motors Corporation et al
Civil Action Number 1:09-cv-00941(DLI) (MDG)

Pursuant to the Order of Transfer dtd. 9/9/09 directing the transfer of the above referenced action to the U.S. District Court for the Southern District of New York, the following documents are herewith enclosed:

    _X_ Certified Copy of the Order of Transfer
    _X_ Certified Copy of the Docket Sheet
    ___ Entire File
    _X_ Other: Entire case filed electronically;
       Documents may be retrieved utilizing
       the PACER System on the Court's website:
       **www.nyed.uscourts.gov**

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,
ROBERT C. HEINEMANN
Clerk of Court

By: _M.Layne_
M. Layne
Deputy Clerk

Encl.
cc: Case File

**Transferee Court Case No.** _____

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

CLERK OF COURT
U.S. COURTHOUSE
225 Cadman Plaza East
Brooklyn, New York, 11201